UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV22-00018 JAK (PVCx) | Date | February 16, 2022 |
| Title | Kyle James v. Constar Financial Services, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER CONTINUING ORDER TO SHOW CAUSE RE DISMISSAL (DKT. 9)

An Order to Show Cause re Dismissal for Lack of Prosecution as to Constar Financial Services, LLC was issued on February 4, 2022 (Dkt. 9). Plaintiff, in response, filed a "Motion for Entry of Default Judgment" on February 8, 2022 (Dkt. 10). The Court continues the Order to Show Cause to March 2, 2022, to permit Plaintiff the opportunity to file a request for the entry of default, and to cure all deficiencies associated with requesting entry of default of Constar Financial Services, LLC.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | TJ |